**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DERRICK NANCE,<br><br>              Petitioner,<br><br>   vs.<br><br>R. GROUNDS, WARDEN,<br><br>              Respondent. | CASE NO. CV 10-05394 GW (RZ)<br><br>JUDGMENT |

      This matter came before the Court on the Petition of RONALD DERRICK NANCE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 23, 2011

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE